UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: COMPLAINT AND ARREST WARRANT FOR FAHEEM MOUSA SALAM | ) ) ) ) )     Mag. No. \_\_\_\_ <br><br> FILED UNDER SEAL |

GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e) respectfully moves this Court to seal the accompanying Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order.  The government also moves to seal all subsequent associated filings and Orders until further order of the Court.  In support of this motion, the United States represents the following:

The filings in this action are part of an ongoing criminal investigation.  Disclosure of the filings may hinder or compromise that investigation.  Disclosure may also encourage the defendant to flee or to otherwise avoid arrest.

WHEREFORE, it is respectfully requested that this motion be granted, and that this Court sign the attached Order sealing the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order.

                                         Respectfully submitted,

                                         KENNETH L. WAINSTEIN
                                         United States Attorney

                                         PAUL E. PELLETIER
                                         Acting Chief, Fraud Section

                        MARK F. MENDELSOHN
                        Deputy Chief, Fraud Section

By:     _____
                        STACEY K. LUCK
                        Trial Attorney
                        Fraud Section, Criminal Division
                        U.S. Department of Justice
                        1400 New York Avenue NW
                        Washington, DC 20530
                        (202) 305-0273

                        JONATHAN N. ROSEN
                        Assistant U.S. Attorney
                        Fraud and Public Corruption Section
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 514-6991