UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: COMPLAINT AND            )
ARREST WARRANT FOR              )    Mag. No. 06 - 94 - M - 01
FAHEEM MOUSA SALAM              )
                                )
                                )
                                )    FILED UNDER SEAL

FILED
MAR 0 8 2006                    ORDER
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Complaint and Arrest Warrant, and for good cause shown, it is hereby

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order shall remain under seal until further order of the Court.

Dated  MAR 08 2006

_____
UNITED STATES MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE