### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | Criminal No. 06-94-M-01 |
| ) | |
| FAHEEM MOUSA SALAM, ) | |
| ) | **FILED** |
| Defendant. ) | |
| ) | MAR 1 4 2006 |
| _____ ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### MOTION TO UNSEAL

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, Seizure Warrant and Affidavit for Seizure Warrant in this matter.

A proposed order is attached.

                                    Respectfully submitted,

                                    KENNETH L. WAINSTEIN
                                  United States Attorney

                                  PAUL E. PELLETIER
                                  Acting Chief, Fraud Section

                                  MARK F. MENDELSOHN
                                  Deputy Chief, Fraud Section

Dated 3/14/06                By:     */s/ Stacey K. Luck*
                                  STACEY K. LUCK
                                  Trial Attorney
                                  Fraud Section, Criminal Division
                                  U.S. Department of Justice
                                  1400 New York Avenue NW
                                  Washington, DC 20530
                                  (202) 305-0273

                                  JONATHAN N. ROSEN
                                  Assistant U.S. Attorney
                                  Fraud and Public Corruption Section
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 514-6991