CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

| | |
|---|---|
| **UNIT REPRESENTATIVE:** | **ATTORNEY (PRO SE) FIX SPECIALIST:** |
| ☐ Add Attorney and address to system | ☐ Pro Se moved to new address |
| **SYSTEMS OFFICE:** | ☐ Attorney moved to new address |
| ☐ Firm moved to new address   ☐ Verified | ☐ Attorney has multiple addresses |
| X Address correction/modification | **ATTORNEY ADMISSION OFFICE:** |
| ☐ Person Name change/correction | ☐ Create flag: |
| ☐ Firm Name change/correction | ☐ Government ☐ Gvt Not Certified ☐ RTC Attorney |
| ☐ Create Flag: ☐ Pro Bono ☐ Pro Hac Vice | ☐ Attorney listed with "provisional" flag |
| ☐ Other:_____ | ☐ Attorney listed with "incomplete" flag |

Case No.: 06-94-M-01_____    X Attorney    ☐ Pro Se

Bar ID No.: 463570_____    Prisoner ID No.:_____

Name: Stacey K. Luck_____

**OLD ADDRESS:**

Office: Vinson & Elkins L.L.P.

Address: 1455 Pennsylvania Ave., Willard Office Bldg_____

City: Washington, D.C._____ State:_____ Zip: 20004

Telephone: (202) 639-6500_____

**NEW ADDRESS:**

Office: Department of Justice_____

Unit: Fraud, Criminal Division_____

Address: 1400 New York Ave., Bond Bldg_____

City: Washington, D.C._____ State:_____ Zip: 20005

Telephone: (202) 305-0273_____

COMMENTS:_____
_____

DATE: 3/21/06_____ Deputy Clerk:_____