AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

FAHEEM MOUSA SALAM

06-094-M-01

WARRANT FOR ARREST

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FAHEEM MOUSA SALAM__
Name

CASE NUMBER:

**FILED**
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATING TITLE 15, UNITED STATES CODE, SECTION 78dd-2(a).

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAR 08 2006    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

RETURN

| | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>3-8-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
| DATE OF ARREST<br>3-24-06 | | |