# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: 06-157 (RJL) |
| | : | |
| v. | : | **VIOLATION:** |
| | : | 15 U.S.C. § 78dd-2(i) |
| **FAHEEM MOUSA SALAM,** | : | (Foreign Corrupt Practices Act) |
| | : | |
| **Defendant.** | : | |

## ELEMENTS OF OFFENSE

In order to sustain its burden of proof for the crime of violating the Foreign Corrupt Practices Act, 15 U.S.C. § 78dd-2(i)(1), as charged in the Information, the government must prove the following six (6) elements beyond a reasonable doubt:

(1)　A United States person;

(2)　Corruptly acted;

(3)　In furtherance of an offer, payment, promise to pay, or authorization of the payment of any money, or offer, gift, promise to give, or authorization of giving anything of value;

(4)　To any foreign official, foreign political party, or any official thereof or any candidate for foreign political office;

(5)　For the purpose of influencing any official act, inducing an official to perform or refrain from performing some act in violation of his duty, or to secure any improper advantage;

(6)　In order to obtain or retain business.[1]

---

[1] See 15 U.S.C. § 78dd-2(i)(1); see also United States v. Kay, 359 F.3d 738, 743 (5th Cir. 2004) (discussing elements of a violation of 15 U.S.C. § 78dd-1(a)).

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        District of Columbia

        PAUL E. PELLETIER
        Acting Chief, Fraud Section
        Criminal Division
        U.S. Department of Justice

By: _____
        STACEY K. LUCK
        Trial Attorney, Fraud Section
        Criminal Division

        MARK F. MENDELSOHN
        Deputy Chief, Fraud Section
        Criminal Division

        U.S. Department of Justice
        950 Pennsylvania Avenue
        Washington, D.C.  20530
        Phone: (202) 514-4018
        Facsimile: (202) 514-0152

        G. BRADLEY WEINSHEIMER
        Assistant United States Attorney
        United States Attorney's Office
        555 4th Street, N.W., Room 5237
        Washington, D.C.  20530
        Bar Number 431796
        (202) 514-6991

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I served a copy of the foregoing by facsimile on counsel for defendant, Tony Lenell Axam, Esq., Federal Public Defender, 625 Indiana Ave., N.W., Suite 550, Washington, DC 20004, this 21st day of June 2006.

                                                                                                                    _____
                                                                                                                    G. Bradley Weinsheimer