CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

Aug. 4, 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA           )
                                   )
         vs.                       )    Criminal No. 06-157 (RJL)
                                   )
  Faheem Salam                     )
                                   )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
            Defendant

_____
       Counsel for defendant

I consent:

_____
    Stacey K. Luck
United States Attorney

Approved:

_____
    Richard __
            Judge