AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
Aug 4, 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

DISTRICT OF __District of Columbia__

UNITED STATES OF AMERICA
V.

Faheem Salam

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-157 (RJL)

I, __Faheem Salam__, the above named defendant, who is accused of

violation of:
15 U.S.C. § 78dd-2(i) Foreign Corrupt Practices Act

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/26/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Richard [signature]__