IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> FAHEEM SALAM,  ) <br> ) <br> Defendant.  ) <br> _____  ) | Criminal No. 06-157 (RJL) |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND INCORPORATED MEMORANDUM OF LAW

Defendant, Faheem Salam, through undersigned counsel, respectfully moves this Honorable Court to modify his conditions of release pursuant to 18 U.S.C. § 3142 so that he may change addresses. The government does not oppose this request. The grounds for this motion are set forth below.

### DISCUSSION

Mr. Salam was arrested on March 23, 2006 in connection with the instant case. He is currently released on his own recognizance with conditions that he report weekly in person to the Pretrial Services Agency in his home state of Michigan; live at 10125 Diane Street, #103, Romulus, MI 48174 while on electronic monitoring; notify the Pretrial Services Agency of any travel plans; not leave the D.C. area or the Eastern District of Michigan; surrender any passports in his possession; and seek employment.

According to Homero, Hinojosa, the pretrial services officer supervising Mr. Salam in Michigan, Mr. Salam is in complete compliance with his release conditions and has been since the outset of this matter. Also, Mr. Salam has appeared in Washington, D.C. at all required

hearings. He has appeared for all scheduled meetings with counsel and with the government. Mr. Salam's next scheduled court appearance is November 3, 2006.

Mr. Salam would like to change addresses within the Eastern District of Michigan. The address to which he would like to move is 21717 Edna Drive, Dearborn, MI 48124. Mr. Salam has made arrangements to have a phone line installed at this new address. Pretrial Services Agent Homero Hinojosa indicates that the Pretrial Services Agency is prepared to monitor Mr. Salam at any new address, provided the Court allows Mr. Salam to change addresses. Mr. Hinojosa indicates that the Pretrial Services Agency will verify any new address provided by Mr. Salam prior to permitting him to move and will ensure that it is able to monitor Mr. Salam electronically at any new address.

Wherefore, Mr. Salam respectfully requests that the Court enter an Order changing one condition of his pretrial release and to leave all others intact. Specifically, Mr. Salam requests the Court to allow him to move to the above-identified address that the Pretrial Services Agency will verify, and at which he will be monitored electronically.

> Respectfully submitted,
> A.J. KRAMER
> FEDERAL PUBLIC DEFENDER
>
> _____"/s/"_____
> Tony Axam, Jr.
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W., Ste 550
> Washington, D.C. 20004
> (202) 208-7500