IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 06-157 (RJL) |
| ) | |
| **FAHEEM SALAM,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant Faheem Salam's Unopposed Motion to Modify Conditions of Release, it is hereby

ORDERED that the Defendant's motion is GRANTED; and it is further

ORDERED that Defendant Faheem Salam is permitted to move to a new address at 21717 Edna Drive, Dearborn, MI 48124, provided that the Pretrial Services Agency supervising Mr. Salam is able to confirm Mr. Salam's new address and is able to monitor him electronically at his new address; and it is further

ORDERED that all other conditions of release shall remain the same.

SO ORDERED this _____ day of _____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD Tony Axam, Jr.
AUSA G. Bradley Weinsheimer
Stacey Luck, Trial Attorney, USDOJ
PSAO Daniel Gillespie