UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Number: 06-157 (RJL) |
| : | |
| FAHEEM MOUSA SALAM, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S SECTION 5K1.1 MOTION FOR A DOWNWARD
DEPARTURE FROM THE UNITED STATES SENTENCING GUIDELINES**

The United States hereby represents that the defendant has substantially assisted the government in its investigation of others who have committed offenses, pursuant to Section 5K1.1 of the United States Sentencing Guidelines ("Guidelines"), and Title 18, United States Code, Section 3553(e), and moves the Court for a downward departure from the Guidelines. The United States recommends a two level downward departure from the United States Sentencing Guidelines as set forth in the Government's Memorandum in Aid of Sentencing.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

STEVEN A. TYRRELL
Acting Chief, Fraud Section
Criminal Division, U.S. Department of Justice

MARK F. MENDELSOHN
Deputy Chief, Fraud Section
Criminal Division, U.S. Department of Justice

By: _____/s/_____
G. BRADLEY WEINSHEIMER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 5237
Washington, D.C.  20530
Bar Number 431796
(202) 514-6991

-2-

STACEY K. LUCK
Trial Attorney, Fraud Section
Criminal Division, U.S. Department of Justice

950 Pennsylvania Avenue
Washington, D.C. 20530
Phone: (202) 514-4018
Facsimile: (202) 514-0152