

UNITED STATES MARINE CORPS
MARINE FORCES NORTH
4400 Dauphine Street
NEW ORLEANS, LOUISIANA 70146-5400

```
                                                      1000
                                                      LNO
                                                      13 Apr 06
```

From:       Colonel Thomas Duhs, USMCR
To:         To Whom It May Concern

Subj:       LETTER OF SUPPORT FOR FAHEEM SALAM

Ref:        (a) email of 4/7/06

1.  From 30 Sept 2004 until 30 March 2005 I was assigned to Multi-National Forces Iraq (MNFI) as the Director of Maneuver in the Strategic Operations Center and worked as the Senior Liaison Officer, National Joint Operations Center, Iraqi Minister of Interior.

2.  During this period I worked with Faheem Salam in a variety of situations. First, he was one of my interrupters. Second, he was one of my drivers. In these two roles he was exposed to hostile fire on the street and freeways as we were constantly on the road covering virtually all of Baghdad and its surrounding towns and villages. On one occasion we were in very close vicinity to a suicide car bomber. Fortunately, neither of us were hurt during any of our excursions in the "war zone."

3.  In the six months I was in Iraq I know Faheem Salam worked in close contact with US Army Colonels, Jim Coffman (Distinguished Service Cross recipient) and Bob Newman as well as myself. All the Colonels that worked with Faheem Salam had total confidence in his integrity, competence, loyalty and trustworthiness.

4.  Faheem Salam is a man I would seek to serve with in any circumstance because he proved to me under very arduous conditions that he deserved my trust and confidence. All his actions were above reproach, his honesty with me as well as his genuine concern for the officers he served with was very commendable.

*Thomas Duhs*

Thomas Duhs
Colonel USMCR
Marine Forces North LNO to USNORTHCOM

EXHIBIT



**HEADQUARTERS**
MULTI-NATIONAL FORCE – IRAQ
BAGHDAD, IRAQ
APO AE 09342-1400

REPLY TO
ATTENTION OF

MNFI-STRATOPS                                                              29 December 2005

Memorandum For:  Titan Corporation

Subject: Letter of Appreciation for Faheem Salam

1. During the past year I have served as the Senior Liaison Officer (LNO) to the National Joint Operation Center (NJOC) and have had the pleasure and privilege to work with and supervise Mr. Salam on a daily basis. Mr. Salam's skill level and capabilities as an interpreter are superb. He has earned the trust and respect of both Iraqi and MNF general officers, and in fact has become as much a cultural advisor as an interpreter. His ability to clearly understand and communicate complex concepts and information between MNF and Iraqi Security Forces has played a critical role in the success of the NJOC and the LNO interface to it. There is no doubt in my mind that Mr. Salam's ability to facilitate and coordinate information has directly saved lives and significantly enhanced the MNF mission.

2. Mr. Salam has also repeatedly volunteered for additional difficult assignments, and was instrumental in the successful conduct of the historic national elections and referendum. Mr. Salam's understanding of the election process enabled the NJOC LNO cell to present clear and accurate information both during the planning phases and actual conduct of the election. Additionally, Mr. Salam implemented an IZ Badge tracking system that allowed the NJOC to maintain strict control of access badges to the IZ. This proved crucial at a critical moment when a former Fedayeen Saddam attempting to gain access to the IZ by obtaining a badge. Mr. Salam's attention to detail in tracking exactly who had requested badges and the exact stage each badge was at in the process enabled us to pull the individual from the process before any access was granted.

3. Mr. Salam has a bright future with Titan, and should be afforded the opportunity for additional training as well as increased levels of responsibility. I would not hesitate to request him as a interpreter or cultural advisor for any mission, no matter how complex. Moreover, Mr. Salam has shown that he has the ability to act in a supervisory capacity, and I would recommend that Titan consider promoting him in this capacity.

Christopher S. Holmes
MAJ, MI
Senior NJOC LNO

January 26, 2005

To Whom It May Concern,

It is with great pleasure to write this letter of recommendation for Faheem Salam. I have known Faheem for 7 months during his tenure as a linguist in Iraq. As an international Linguist Faheem Salam was irreplaceable at the National level in Iraq. Faheem's professional and accommodating persona has made our working relationship like no other. There is no suggestion that is too big or question that is too small. His ability to literally make it happen, without judgment or criticism, is remarkable.

I highly recommend Faheem Salam for any business that wants integrity, accuracy and professionalism.

A consummate professional. It was truly a pleasure to work with someone who takes on a task from A to Z. Efficient, enthusiastic and proactive. He was an irreplaceable part of the team who quickly gained a basic understanding of the Iraq culture, our mission and how to operate in a fluid, hostile environment with ease. Faheem become involved in a wide range of activities and became a vital and inspiring part of the team.

*Please feel free to call if you have any questions.*

Paul M. Struck
MAJ, US Army
703-343-7720

4 February 2005

To Whom It May Concern,

It gives me great pleasure to write this letter of recommendation for Faheem Salam. In the four months that I have worked with Faheem, he has proven himself to be a very capable Arabic linguist. His verbal and written skills have made him an invaluable member of the coalition force liaison team working on national-level issues in Iraq.

Faheem displayed an extremely professional work ethic and made every effort to 'get the job done'. This attitude, combined with an agreeable personality, enabled him to succeed in the fast paced and demanding environment of a national operations center. Whether working with a coalition member or dealing with the Iraqis one-on-one, he ensured information was transferred accurately and timely. Faheem demonstrated solid judgment and a strong grasp of Arabic culture.

I highly recommend Faheem Salam for any demanding Arabic linguist position. He has the professional skills and work ethic required to be a success. If you have further questions, please feel free to call me at the number below.

*Rodney A. Radcliffe*
*Lt Col, USAF*
*914-822-9107*



**HEADQUARTERS**
MULTI-NATIONAL FORCE – IRAQ
BAGHDAD, IRAQ
APO AE 09342-1400

REPLY TO
ATTENTION OF

MNFI-STRATOPS                                                                                                              1 March 2005

MEMORANDUM FOR RECORD

SUBJECT: Performance of Faheem Salam, Titan Translator

Faheem Salam worked for me at the Iraqi National Joint Operations Center (NJOC) from September 2004 until my departure in March 2005. His job performance throughout this period has been outstanding. Faheem has outstanding skills as a linguist. He is capable of written and oral translation, both Arabic-English and English-Arabic. He is also capable of understanding Iraqi dialect and speaking in Educated Standard Arabic if required; and also has a good working knowledge of military and government vocabulary.

Faheem Salam's skills have allowed him to participate in a number of different events. From October 2004 to January 2005, he served as the NJOC representative to the Independent Election Commission of Iraq (IECI). On a daily basis he visited IECI headquarters in Baghdad, and then provided a written report in Arabic for Iraqi NJOC to forward to the Iraqi Ministry of Interior (MOI), and a written report in English for MNF-I. He also served as a primary POC to contact the IECI Operations Staff concerning security incidents. Faheem handled this sensitive mission with great diplomacy and maturity. His participation directly contributed to cooperation between the Iraqi Security Forces, IECI and MNF-I in dealing with numerous security threats and logistical challenges

Faheem Salam's talents have not been limited to diplomacy. He has also been a primary translator and facilitator between MNF-I and the Iraqi MOI Commando Force. He has participated in numerous combat operations, and been exposed to enemy fire and to VBIED attacks. Throughout it all he has maintained calm and composure. His actions have contributed to avoiding fratricide and to saving both Iraqi and Coalition lives.

I am a Middle East Foreign Area Officer with a MA degree in Middle East Studies, and nine years of service in the Arab World. I believe that Faheem Salaam has great potential for future service in a diplomatic career. Faheem's extensive service in Iraq, almost two years, makes him an extremely valuable asset. Please feel free to contact me if you have any questions at robert.newman@us.army.mil.

ROBERT B. NEWMAN
COL, IN
Senior Iraqi Liaison Officer



REPLY TO
ATTENTION OF

**HEADQUARTERS**
MULTI-NATIONAL FORCE – IRAQ
BAGHDAD, IRAQ
APO AE 09342-1400

March 15, 2005

Senior Liaison Officer,
National Joint Operations Center
Strategic Operations

MEMORANDUM FOR RECORD

SUBJECT: Recommendation of Faheem Mousa Salam,

    Faheem Mousa Salam has been known to me since January 2005. My association with him has been entirely professional. Salam worked for me and with me as translator, driver, and bodyguard. We worked together daily in Baghdad and the surrounding areas. On numerous occasions I observed Salam in tense situations where his actions and reactions have been exemplary, precise, calm, controlled, and admirable. He is comfortable with dealing with important US General Officers, US EMBASSY staff, high ranking Iraqi officials, including the Ministerial level and common every day average Iraqis. Never given to presumptuous or haughty behavior, he is temperate in language, demeanor, bearing and carriage. He is a fine young gentleman, educated, talented, smart, efficient and effective.
    Salam is a many talented individual who is prone to humility rather than hubris. He is an excellent driver and handles tense situations under fire with calm, cool deliberation never getting excited—or if he is, it doesn't show. He is dedicated to the betterment of the Iraqi people and has a deep understanding for the culture and has empathy for the situation and plight of the average family of Iraq.
    Although my association with Salam has been a short one, I am totally impressed by his dedication. He literally takes on jobs and sees them through to completion when most would pass assignments on to the next man without checking on the outcome of the project. Lack of follow-through is anathema to Salam. This young man is thorough, meticulous, careful and thoughtful. He completes every task with deliberation and pride.
    This is an impressive, gifted young man with unlimited potential and talent. He can go as far as he wants in any organization. I would be proud to serve with Faheem Mousa Salam in any situation, anywhere, anytime.

*Thomas Duhs*
Thomas Duhs
Colonel, USMC
Strategic Operations,
Multi-National Forces-Iraq



**UNITED STATES MARINE CORPS**
1st BATTALION, 5TH MARINES
1st MARINE DIVISION
UIC 39736
FPO AP 96609-9736

IN REPLY REFER TO

9 Aug 04

Dear Sir,

    I am writing on behalf of Mr. Faheem Mous Salam currently residing at 37264 Blake Road, Livonia, MI 48150. I am the battalion commander for the 1st battalion 5th Marines, 1st Marine Division. My battalion and I recently returned from serving in the Al Anbar province of Iraq. While in country I had the extreme pleasure of having Mr. Salam serve as my personal interpreter between March and June of 2004. In this capacity he was absolutely invaluable. The fact that my battalion had an outstanding rapport with many of the local Sheiks was in no small measure due to Mr. Salam's efforts. His knowledge of the language as well as his awareness of Iraqi cultural issues proved decisive on numerous occasions. As an American citizen and a category II interpreter (possessing a secret clearance) he enjoyed my highest confidence. Mr. Salam personally accompanied me on all of my missions out amongst the Iraqi people and he was right there at my side during the battle of Fallujah that was fought in April. I have only the highest praise for him. Any assistance you can provide him with regard to employment would be much appreciated. Our units currently serving in Iraq will benefit immensely from his expertise and knowledge. If I can provide any additional information please do not fail to contact me at the below numbers.

    Mr. Salam will be an exceptional credit to your firm and an employee that you can trust to the fullest.

                                      Sincerely,

                                      B. T. BYRNE
                                      Lieutenant Colonel,
                                      U.S. Marine Corps,
                                      Commanding

LtCol Brennan T Byrne USMC
W 760-763-0064
C 760-521-5581

DEPARTMENT OF THE ARMY
432nd Civil Affairs Battalion
HHC 3rd Battalion 3-505th PIR
Mahmudiyah, Iraq

3 NOV 03

TO: Titan Company

FROM: CPT LaChance, Thomas J., 432nd CA Team Leader

RE: Letter of recommendation/evaluation for Faheem Salam

To Whom It May Concern:

I have had the privilege of working with Mr. Salam since 24 August, 2003. Mr. Salam served tirelessly as my translator in many challenging situations. He provided me with not only direct interpretation but also information as to the disposition and overall non-verbal communication signals from those we spoke to.

Mr. Salam has worked many 12 – 20 hour days without complaint. He has been awakened in the middle of the night to go on missions and does so with the determination and loyalty of a true warrior. He as earned not only my trust and respect but friendship as well. He maintains the highest integrity and truly cares for the people that we are here working to help.

Mr. Salam is a great asset to any unit in need of an interpreter. He can be trusted to provide honest information and possesses excellent communication skills. He has been a true, trusted member of my team and will excel in any capacity he serves in. Mr. Salam is no stranger to long hours and hard work. He is a true American patriot, who has and continues to deliver freedom in Iraq in service of the United States Military.

Thomas J. LaChance
CPT, CA
CATA Team Leader

Hello Ms. McGill,
Greetings from Iraq, hoping you will find the inclosed information very helpful in forming a fair decision about Faheem.

I am Faheem's oldest brother, I am 20 years older than him and I am treated by Faheem as a father.
Faheem was born in Anata, a small village in the suburbs of Jerusalem in the West Bank on the 18 January 1978. As the last child amongst 7 brothers and 2 sisters, he grew up well loved. The family circumstances of being modestly poor due to lack of work for the majority of the residence and all of us older brothers and sisters being in schools or colleges. We all took education as a key to success in life, so I went to the United States to study, and all of my other brothers and sisters did go to college and graduated except Ibrahim and Taha. The success of all of us graduating was due to scholarships and hard work. My dad was not in any position of being able to help us out, we lived on the edge of poverty. We have nothing to be ashamed of, that gave us courage and a boost to succeed. I send money to my Mom and Dad because I feel I am obligated to do that, we have no social system to take care of the elderly. Families do take care of their elders. We as a family have very strong ties and help each other as needed.
Faheem was always the head of his class till 10Th grade and was 2nd in the 11Th and 12Th grades. He was well liked by all his teachers and friends. He was struck by a mule on the head and fell on barb wire were he injured his eye. The lack of money and medical attention, Faheem lost sight in his eye as a child, which resulted in him avoiding his friends and trying to live in isolation. Faheem as a child experienced the harsh realty of the Israeli soldiers raiding our family home time and time again in the middle of the night like other families in the West Bank. He as a child lived in fear of being jailed by the soldiers. Psychologically he was effected big time, which I believe effected his judgments.
I filed a petition for my parents and all my brothers to migrate to the United States, the only one was giving a visa from the children was Faheem. He came to the United States in the end of August 1996 and lived with me at the same house in Detroit for 2 years. He learned the language fairly fast, so I found him a job where he never missed a shift, he was will behaved, punctual and well liked by his employers.
Faheem never used any drugs, and he drinks occasionally. Faheem is very well mannered and well behaved, he is very shy and till now treats me like a father.
My children love him and will be concerned if he does not come to our house daily. I sometime was jealous of the love and affection from my children towards him, they just connect.
He was living on his own, going to college and working and living easy life when the call to duty came to help our troops in Iraq. Faheem as much as he loves the country left his work, college and easy life and went to Iraq as a linguist to help our troops accomplish the mission. Faheem was right in the middle of many fierce battles fought in Iraq. He has an outstanding reputation amongst all Armed Forces personnel he worked with. He has a magnificent letters of recommendations from the officers he served with that not too many linguists in Iraq have.
Faheem was a will known figure at the US Embassy were we used to live together and too

many people seek his assistance and he always helped. He used to spend his evenings after work studying Spanish with an American Army Major and teach her Arabic while I and his friends were playing cards and domino. He did not like to waist time.

Faheem used to go to the mosque to pray on Fridays and on the Muslim holidays. I noticed every Friday when we were together that he used to give thousands of Iraqi dinars( hundreds of dollars) to the children. Faheem used to give money to the needy before our family, to him it was more important because the benefits are greater.

Faheem had a personal relationship with an Iraqi girl, and he wanted to marry her, when he know he will loose his clearance as a linguist, he changed his mind so he can help the mission which to him was far more important than personal.

Faheem in Iraq was a Lison during the Iraqi election and he was in a very important position helping our government get information first hand about the Iraqi elections.

Faheem helped design a system of badges to the Iraqi nationals where the US Army can detect the fraud badges and maintain a clear record and catch terrorists before they infiltrate to our areas of control or Iraqi Security Forces.

I have noticed he was well liked also by the Iraqi officers he worked with in the office as an American Lison to the National Operation Center. He was wanted to have a democratic,secured and un corrupted government in Iraq. He used to be upset when seeing the Iraqi Security Forces do not have the proper armors and protections, he wanted them to have it and to succeed in their country.

Faheem has a high working ethics and standards, and I believe he was missed by too many of his friends and Army personnel he worked with. I have high ranking officers still ask me about him whenever we see each other.

I believe he deserve better than what he is going through right now and he should be given the opportunity to come back to Iraq and serve our country and Iraq promoting democracy.

It is a pleasure to and honor to have a brother like him, I know he made a mistake which I never know about, but everyone deserves a second chance.

Thanks for taking the time to read this long email, and please do not hesitate to write to me anytime. Sorry I cannot give you a phone number due to the secrecy of my mission.

Cordially
Mohammad Abd-Elsalam
CJSOTF-AP
Balad-Iraq