January 17, 2007
Honorable Judge Leon
United States District Court
333 Constitution Avenue, NW
Washington, D.C.

Dear Judge Leon:

   As you know, I'm going to appear for sentencing on Feb 1st 2007. Please excuse my grammar. English is not my first language, but it's important for me to tell you from my heart how sorry I am.

   I'm appearing for you on bribery charges. I broke the law while I was in Iraq in December 2005. What you may not know about me that I came to America for a better life. I consider America my country now and I feel sadden that I brought shame to my family and country and I should not have done it. Until I got arrested I did not know just how wrong it was. When I sit down to think about how I got mixed up in this I think about how I grew up in Palestine and how bribery, and tips are part of the culture and how many people accept it as just a part of life. Unfortunately I see too late how wrong it is, especially to do it on a government contract to supply Iraqis through a government official.

   Before I got arrested I worked as a linguist in the United States Embassy in Baghdad. I had to translate meetings between the Iraqi officials and United States and coalition officers and officials. That's where people start recognizing me and frequently we had little conversations after meetings were over, and people also commonly asked for favors such as medicine for their moms or kids, candy and toys for their kids, or if I can help find jobs for their cousins. Since I recognized most of the people in these meetings, I usually tried to help. I made a big mistake when I felt like I was broker and even I helped many people and contractors to provide food, and sweets for their parties, or phone cards so they can call there families overseas in the states or even Europe. I usually did it just



as a favor. I love to help people with their matters if I can do it and I'll go around my way just to help them. And since I worked as linguist in a small village called the green zone where every one recognized every one else, and since I translated for many people to carry on daily business, I felt important.

I made a terrible mistake to help an Iraqi to do business with the Iraqi government and I tried to help him through the wrong channels. I did not start out to doing something evil. I even thought in the end it would help out the Iraqis, but the way I tried to set up the deal was wrong and the way I tried to receive a percentage was wrong and I am deeply sorry for my mistake.

This incident has had a huge impact on my life, from personal relations where all the friends that I have made in the state of Michigan, and even Iraq have abandoned me. Friends from Iraq they do not even call me and I'm not allowed to call them, or they are not allowed to answer my calls or even emails. I know I brought it all upon my self and now it feels like a very high price to pay and I'm very sorry.

My family is disappointed of what I have done. When my brother always talked to his friends and colleagues about how much he is proud of me to live simple life without any troubles, and now he is shameful. My niece and nephews looked at me as the role model and all of that has been shattered.

My career has been destroyed because of this incident. When I went to Iraq the first time in June 2003, I had to stop in Germany for transit, I stopped by the United States Air Force recruiting center and talked to them and I was really interested to work in that branch especially after I went to Iraq. And I loved working in the government field, I planned to make a career of it, to work as an officer in the USAF or apply for CIA or FBI to work with them. And, matter of fact I had applied for the FBI and they had called me for an interview but I was in Iraq back then. And when I start working in the US embassy I enjoyed working in the diplomatic field and a lot of US officers told me that is my field. I have lost all of that

I have had a very difficult time financially since I committed this crime. I applied for many job positions such as at United Airlines, La Salle Bank, Verizon wireless, Macy's, Marriot Hotel, Court Yard Hotel, Champion Inn, Kohl's, Bed Bath and Beyond, Circuit City, McDonalds, Checkers Taxi Cab Company, Garden White Furniture Store, Speedway Gas Station. No one called and finally Metro Cars Limousine Company called me and I work with them now, however the income depends on commission. If I have clients I make money, if not then no income coming in.

Psychologically, it has had the most effect on me and still I can not sleep more than two hours before I wake up and think about it and stay up for many hours. I have no one to talk to because the government does not want me to speak about it. It has a huge effect on my judgments, where it effected me at school where I have to read many hours to comprehend the materials where before it did not take me that time. This dilemma has effected me where sometimes I can not eat and if I eat I eat very small portion. I have lost weight, grey hear have increased on my head, smiles faded (ran a way) away from my face, in seldom cases do I have a smile. My dad had a kidney stone and I could not go to visit him and the family. Every day I think about this case more than a hundred times.

It's really had a huge impact on me and I found out all the depression symptoms occur with me and I do not know for how long it's going to stay with me. When I was in Iraq, even though it was a hazard area, still I had no problems like this. My issue that I love to help people and I'll stay like that because I was brought likes that from the young age. I never thought my actions would lead me to this huge mess and maybe cost me freedom and my future where I'm trying hard to get adjusted. Every day I watch the CNN news about Iraq, it kills me because if I was there I could've helped our forces and the poor Iraqis. I regret and regret every minute, and it's really hard to explain it on paper. Something else that really has had a huge impact on me is the status of my family. They have no income because of the embargo on the Palestinian

Authority. Five of my siblings work in that administration, however, they have no income and every time I talk to them they express how much harder it's getting them to support family. I regret that I'm no longer in a position to help support them.

I'm convinced that what I have done is huge mistake and this is going to stay on my record for the rest of my life and that I'll not get to work in the field which fit me the best. I wish I could go back in time to erase what I have done and to stay in this field.

I was born in Jerusalem, West Bank, to a large family (seven brothers and two sisters). The circumstances of my family were below the middle class level due to lack of work for the majority of the people. I was the youngest in my family where all my siblings had their college education; three of them have master's degrees. I was the head from the first grade until the tenth grade and second in the eleventh and twelfth grades. At the age of four years old I was struck by a mule on the head and fell on barbed wire where I injured my eye, and because of the lack of money, I lost vision out of my right eye.

I had harsh experiences as a kid where the Israeli soldiers raided my family home many times in the middle of the nights and arrested my brothers. I was fearful of being jailed by the soldiers. Psychologically, it effected me in ways I did not understand. When I lived in Jerusalem I had no troubles and when I was able to come to the United States I never had these troubles. It has been a dream to become an American. I'm really disappointed at my self of what I have done, I wish I can go back in time and not take that step and continue serving our great nation.

I lost every thing because of bad judgment, I lost family's respect because of what I did, my nephews and niece are really mad at me because I was the role model for them, I lost friendships of the ones I worked with in Iraq, the ones who protected me in the battle fields, the ones who were really proud to serve with in the hottest spot in Iraq (Fallujah). This Colonel was really proud to have me there on his right side in the meetings with Iraqi Sheikhs and officials. And I

worked with another Colonel who I served with in the U.S. embassy, Baghdad, where we attended many meetings together and were shot at and attacked by car bomb. Fortunately, neither of us was wounded. This colonel always called me son; I'm really disappointed at myself to let him down.

I'm also sad I let down Iraqi Generals who considered me as their sons who I worked with through the first democratic election in Iraq in 2005 and second election in 2006, who I had the honor to work with and now I feel like I lost their friendships and respect and they do not even call to ask about me. I lost friends in the States where I can not call them because I lost their respect and the respect for my community. I keep blaming myself days and nights because of this bad judgment and I wish that had understood just how wrong my actions were.

Now, I have a felony conviction on my record. I can not work in the best field that fit me the most in the diplomatic field, or as Physician Assistance, Nurse, or even Pharmacist. I can not apply to the U.S Air Force to become part of that great branch.
Another matter I have faced now that I have to tell every place I apply to work that I have felony over my record and that has given me slim chances to work or be accepted by any company. My future is destroyed now and I jeopardized my freedom

My attorney talked to me and explained everything to me, and from the first day I was cooperative with the U.S. government and I sat with them for hours and hours on many occasions giving them all the information they asked for including sensitive information that I had a special clearance for. I did not hide any thing from them about me or anyone else I saw do things in Iraq.

When I went to Iraq it was a noble thing to go and help Iraqi people, and the most important thing that I was part of this great nation's service members who I served to help. That is why I keep missing every minute I was there, it was a great honor to be there, even the area that was hazardous and being bombed, shot at by small arm fires or indirect fire, or rocket propelled grenades. Still, it

was great to be there because we had a message and wanted to deliver it that we are spreading democracy, the mission is tough, the road is long but eventually we will get to our destination, no matter how tough the road is or how tough the obstacles are.

I'm shameful of what I have done. You are a wise judge, I beg for forgiveness and for you to give me the opportunity to prove that I will never make a mistake again.

Sincerely,

*[signature]*

Faheem Salam