HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-157 |
| vs. | : | SSN: _____ |
| SALAM, Faheem Mousa | : | Disclosure Date: November 30, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          _____
**Prosecuting Attorney**                                       **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
(X)   There are no material/factual inaccuracies therein.  *See attached letter
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 12/18/06          _____ 12/18/06
**Defendant**         **Date**              **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 14, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A.J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

December 18, 2006

Ms. Kathie McGill
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   U.S. v. Faheem Mousa Abdel Salam 06-157 (RJL)

Dear Ms. McGill:

Attached please find the Receipt and Acknowledgment of the Presentence Investigation Report signed by Salam and me, indicating that there are no material factual inaccuracies.
There are several minor matters Mr. Salam would like to correct.
Paragraph 42 should reflect Mr. Salam's mother's name as **Aisha**, not Aish.
Paragraph 43 should indicate that Mr. Salam's sister, Fatemah has a **master's** degree, not a doctorate. Also, paragraph 43 should include that Mr. Salam's brother, Amin Mousa Salameh, who was born in 1973 and received a B.S. in political science, lives in Anata and works for the Palestinian Authority.
Paragraph 45 should indicate that Ms. Aboud's father **works for** the U.S. Marines, but is not a Marine himself.
Paragraph 55 should indicate that the Speedway Gas Station was in **Livonia**, MI not Taylor.
Mr. Salam's Employment Record should reflect that he worked from October, 1996 through January, 1999, Mr. Salam worked at Groswald Deli Convenience Store in Detroit, Michigan as a cashier earning $7.50 per hour.
Lastly, Mr. Salam is currently working for a limousine company called Metrocars in Taylor, Michigan. He began working there on December 8, 2006. His position is not guaranteed because the company hired him as an extra driver during the holiday season. He earns a commission of 30% of the cost of the trip to the client. Thus far, he has averaged $6.50 per hour, though he has not received a paycheck yet.

I attached a copy of Mr. Salam's naturalization certificate, his high school diploma, a credit document indicating he resolved an outstanding debt, and documents related to the purchase of his home. If there is anything further you require from me or Mr. Salam, please do not hesitate to contact me.

Thank you for the opportunity to respond to the Presentence Report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender

cc: Stacey Luck, Esq.
USDOJ

G. Bradley Weinsheimer
AUSA