HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

MAR 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

**Faheem Salam**                              Docket No.: **CR-06-157**

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Faheem Salam__ having been sentenced, on February 02, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Morgantown__, in __Morgantown, WV__ by 2 p.m., on __March 29, 2007__.

__3/1/07__
Date

__[signature]__
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

__[signature]__                                     X __[signature]__
**ATTORNEY/U.S. PROBATION OFFICER**            **DEFENDANT**

Revised 6-2004