IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-157 (RJL) |
| ) | |
| FAHEEM SALAM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR EXTENSION OF REPORTING DATE**

Defendant, Faheem Salam, through undersigned counsel, hereby moves to extend his reporting date for service of his sentence to a date after April 28, 2007.

In support of the motion, undersigned counsel states:

1. On February 2, 2007, the Court sentenced Mr. Salam to a term of incarceration of thirty six months followed by a period of two years of supervised release.

2. Mr. Salam has been on pre-trial release during the pendency of this case and the Court allowed him to self surrender. He has been in complete compliance with his terms of pretrial release. The Bureau of Prisons has ordered Mr. Salam to report voluntarily to FCI Morgantown, on March 29, 2007, no later than 2:00 p.m., for service of his sentence. His report date is approximately one month prior to the end of Mr. Salam's school term at the University of Michigan. Understandably, Mr. Salam has invested time and effort in his education and would like to complete his semester of study prior to reporting to serve his sentence.

3. The government does not oppose this request.

     WHEREFORE, defendant Faheem Salam respectfully requests that this Court extend his reporting date to after April 28, 2007.

                                                Respectfully submitted,

                                                A.J. KRAMER
                                                FEDERAL PUBLIC DEFENDER

                                                _____/s/_____
                                                Tony Axam, Jr.
                                                Assistant Federal Public Defender
                                                625 Indiana Avenue, N.W., Suite 550
                                                Washington, D.C.  20004
                                                (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        ) | |
|                                                                  ) | |
|              **Plaintiff,**                              ) | |
|                                                                  ) | |
|       v.                                                     ) | Criminal No. 06-157 (RJL) |
|                                                                  ) | |
| **FAHEEM SALAM,**                              ) | |
|                                                                  ) | |
|              **Defendant.**                           ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant Faheem Salam's Motion for Extension of Reporting Date, it is hereby ordered that the motion is **GRANTED**.

**FURTHERED ORDERED** that Defendant Faheem Salam shall not be required to report for service of his sentence on March 29, 2007 as previously ordered; and is instead required to report for service of his sentence to his prison of designation on a date <u>after</u> April 28, 2007, at a time as directed by the Federal Bureau of Prisons; and it is further

**ORDERED** that Defendant Salam's present conditions of release remain in effect until he reports.

**SO ORDERED** this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE