## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-157 (RJL) |
| ) | |
| **FAHEEM SALAM,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Upon consideration of Defendant Faheem Salam's Motion for Extension of Reporting Date, it is hereby ordered that the motion is **GRANTED**.

**FURTHERED ORDERED** that Defendant Faheem Salam shall not be required to report for service of his sentence on March 29, 2007 as previously ordered; and is instead required to report for service of his sentence to his prison of designation on a date <u>after</u> April 28, 2007, at a time as directed by the Federal Bureau of Prisons; and it is further

**ORDERED** that Defendant Salam's present conditions of release remain in effect until he reports.

**SO ORDERED** this _____ day of _____, 2007.


_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE