UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| FARHEEM SALAM, | ) Criminal Case No. 06-157 (RJL) |
| Defendant. | ) |

**ORDER**
[#28]

It is this ___ day of March, 2007, hereby

**ORDERED** that defendant's Motion is hereby GRANTED, and it is further

**ORDERED** that defendant Faheem Salam shall not be required to report for service of his sentence on March 29, 2007 as previously ordered, and is instead required to report for service of his sentence to his prison of designation on a date *after* April 28, 2007, at a time as directed by the Federal Bureau of Prisons, and it is further

**ORDERED** that defendant Salam's present conditions of release remain in effect until he reports.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge